Virginia L. TILLY, Administratrix of the Estate of A. L. Tilly, Deceased,

v.

Joe FLIPPIN.

No. 5101.

United States Court of Appeals
Tenth Circuit.

Sept. 7, 1955.

Caswell S. Neal, and James W. Stagner, Carlsbad, N. M., for appellant.

Merritt W. Oldaker and Roy F. Miller, Jr., Albuquerque, N. M., for appellee.

Before PHILLIPS, Chief Judge, HUXMAN, Circuit Judge, and SAVAGE, District Judge.

PER CURIAM.

Appeal dismissed, on motion of appellee, on ground order appealed from was not a final and appealable order.

Charles Robert BAYLESS

v.

UNITED STATES of America.

No. 5227.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1955.

No appearance for appellant.

William C. Farmer, U. S. Atty., and Milton P. Beach, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure of appellant diligently to prosecute.

William Henry CHAPMAN

v.

C. H. LOONEY, Warden, U. S. Penitentiary, Leavenworth, Kansas, et al.

No. 5226.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1955.

Appeal from the United States District Court for the District of Kansas.

No appearance for appellant.

William C. Farmer, U. S. Atty., and Milton P. Beach, Asst. U. S. Atty., Topeka, Kan., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Docketed and dismissed, on motion of appellee, C. H. Looney, Warden, U. S. Penitentiary, Leavenworth, Kansas, on ground appeal is moot.

Arthur James PLACE

v.

UNITED STATES of America.

No. 5228.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1955.

No appearance for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Docketed and dismissed, on motion of appellee for failure of appellant diligently to prosecute.